IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:18CR5WHR
)
Tanya Boss )
)

## ORDER TERMINATING PROBATION

The above named commenced a term of probation on February 20, 2019, for a period of five years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from probation and that the case be terminated.

Dated this 6th day of may, 2021

_____
Walter H. Rice
United States District Court Judge